UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for United States Federal Credit Union
PETER A. LAWRENCE, ESQ.
FLD002
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re: | Case No.: 24-15091 CMG |
| JOHN T BELLOMO | Chapter: 13 |
| Debtor(s). | Judge: HONORABLE CHRISTINE M. GRAVELLE |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>United States Federal Credit Union</u>. This party is a party in interest in this case pursuant to a mortgage dated June 25, 2017 and recorded in the Office of the OCEAN County Clerk/Register on July 10, 2017 in Mortgage Book 16795, Page 41, and is a secured creditor in the foreclosure action. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                        Counsellors at Law
                        6 Campus Drive, Suite 304
                        Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                     **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                     Attorneys for United States Federal Credit Union

Dated: <u>May 24, 2024</u>        By: <u>/S/Peter A. Lawrence</u>
                                           PETER A. LAWRENCE, ESQ.

Case No.: 24-15091 CMG