Certificate Number: 03088-NJ-DE-038526186

Bankruptcy Case Number: 24-15091



03088-NJ-DE-038526186

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2024, at 3:48 o'clock PM CDT, John T Bellomo completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 30, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor