Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−15091−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John T Bellomo
   132 Rockrimmon Blvd
   Barnegat, NJ 08005−1727

Social Security No.:
   xxx−xx−7754

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             7/17/24
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 10, 2024
JAN: mmf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
John T Bellomo  
    Debtor

Case No. 24-15091-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 10, 2024      Form ID: 132      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John T Bellomo, 132 Rockrimmon Blvd, Barnegat, NJ 08005-1727 |
| 520264256 | + | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |
| 520264267 | + | NJ Housing and Mortgage Finance Agency, 637 S. Clinton Avenue, P.O. Bos 18550, Trenton, NJ 08650-2085 |
| 520294281 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 520264270 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520264278 | + | Township of Barnegat, Tax & Utilities Billing Department, 900 West Bay Avenue, Barnegat, NJ 08005-1297 |
| 520264279 | + | United States Senate F, Pob 77920, Washington, DC 20510-0001 |
| 520264280 | + | Upstart/Velocity Investments, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2024 02:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2024 02:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520264243 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 11 2024 02:25:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520269164 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 02:25:28 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520264244 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2024 02:15:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520264245 | + | Email/PDF: bncnotices@becket-lee.com | Jun 11 2024 02:56:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520264246 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 11 2024 02:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520264247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 02:35:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520264248 | + | Email/Text: correspondence@credit-control.com | Jun 11 2024 02:18:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 520264250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:13:53 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264251 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:35:56 | Citibank North America, Citicorp Cr |

Case 24-15091-CMG   Doc 16   Filed 06/12/24   Entered 06/13/24 00:22:49   Desc Imaged
                            Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 132 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264252 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:25:26 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264253 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:35:57 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520264265 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:35:46 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520264254 | + | Email/Text: mrdiscen@discover.com | Jun 11 2024 02:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520294277 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 11 2024 02:16:00 | Fein Such Kahn & Shepard, 7 Century Dr., Ste 201, Parsippany, NJ 07054-4609 |
| 520264255 | + | Email/Text: accountresearch@goodleap.com | Jun 11 2024 02:17:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520264257 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2024 02:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520264249 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2024 02:14:06 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520264258 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2024 02:15:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520264262 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 02:25:21 | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520264259 | + | Email/Text: Documentfiling@lciinc.com | Jun 11 2024 02:15:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 520264260 | ^ | MEBN | Jun 11 2024 02:12:27 | Loan Depot, PO Box 77404, Trenton, NJ 08628-6404 |
| 520264261 | + | Email/Text: bknotification@loandepot.com | Jun 11 2024 02:19:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 520264263 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 02:25:00 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520264264 | | Email/Text: camanagement@mtb.com | Jun 11 2024 02:17:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520264266 | | Email/Text: OperationsServices@nassaufinancial.org | Jun 11 2024 02:15:00 | Nassau Financial Fcu, Po Box 9006, Westbury, NY 11590 |
| 520264268 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 02:15:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520264269 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 02:15:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520264272 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 11 2024 02:16:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520264271 | ^ | MEBN | Jun 11 2024 02:11:32 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 520264273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 02:14:02 | Syncb/Pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264274 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 02:14:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 02:25:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264276 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 132 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 11 2024 02:13:45 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264277 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 02:17:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520268516 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 11 2024 02:13:49 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520264281 | | Email/Text: bankruptcy@usalliance.org | Jun 11 2024 02:15:00 | Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 520294279 | | Email/Text: bankruptcy@usalliance.org | Jun 11 2024 02:15:00 | Usalliance Federal Cr, 600 Midland Avenue, Rye, NY 10580 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520294280 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520294278 | ##+ | KML Law Group, 430 Mountain Ave, Ste 200, New Providence, NJ 07974-2731 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor John T Bellomo jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com |
| Peter Adel Lawrence, I | on behalf of Creditor United States Federal Credit Union bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5