FILED
JEANNE A. NAUGHTON, CLERK

JUN 24 2024

U.S. BANKRUPTCY COURT
TRENTON, NJ

Notice of Undeliverable Mail to Debtor/Debtor's Attorney
June 12, 2024
From: United States Bankruptcy Court, District of New Jersey
Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: John T Bellomo, Case Number 24-15091, CMG
TO THE DEBTOR/DEBTOR'S ATTORNEY:
The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.
Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.
NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.
If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608**

---

Undeliverable Address:
KML Law Group
430 Mountain Ave, Ste 200
New Providence, NJ 07974
Role type/cr id: 520294278
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1719 STATE RT 10 STE 207, PARSIPPANY NJ 07054-4539 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

---

KML Law Group
1719 State Rt 10
Suite 207
Parsippany, NJ 07054-4539

---

_____        6/19/2024
Signature of Debtor or Debtor's Attorney         Date

SADEK LAW OFFICES
701 EAST GATE DRIVE #129
MOUNT LAUREL, NJ 08054

SOUTH JERSEY NJ 080
20 JUN 2024 PM 4 L

US BANKRUPTCY COURT
402 EAST STATE STREET
TRENTON, NJ 08608

08608-150705

