Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−15091−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John T Bellomo
  132 Rockrimmon Blvd
  Barnegat, NJ 08005−1727

Social Security No.:
  xxx−xx−7754

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 3, 2024.

Dated: October 3, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John T Bellomo  
    Debtor

Case No. 24-15091-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 03, 2024      Form ID: plncf13      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John T Bellomo, 132 Rockrimmon Blvd, Barnegat, NJ 08005-1727 |
| 520307657 | + | Barnegat Township, 900 West Bay Ave, Barnegat NJ 08005-1298 |
| 520354976 | | HMH-Southern Ocean Medical Center, 1140 NJ-72, Manahawkin, NJ 08050 |
| 520264256 | + | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |
| 520294278 | | KML Law Group, 1719 State Rt 10, Suite 207, Parsippany NJ 07054-4539 |
| 520294281 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 520264278 | + | Township of Barnegat, Tax & Utilities Billing Department, 900 West Bay Avenue, Barnegat, NJ 08005-1297 |
| 520264279 | + | United States Senate F, Pob 77920, Washington, DC 20510-0001 |
| 520343698 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 520264280 | + | Upstart/Velocity Investments, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2024 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2024 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520264243 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 03 2024 21:04:38 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520269164 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2024 20:48:08 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520294923 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2024 21:05:18 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520264244 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 03 2024 20:41:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520264245 | + | Email/PDF: bncnotices@becket-lee.com | Oct 03 2024 21:04:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520264246 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 03 2024 20:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520264248 | | Email/Text: correspondence@credit-control.com | Oct 03 2024 20:42:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520264247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2024 20:49:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520264250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:03:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: plncf13 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 520264251 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:03:27 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264252 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:04:07 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264253 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:03:27 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520264265 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:04:45 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520264254 | + | Email/Text: mrdiscen@discover.com | Oct 03 2024 20:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520294277 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Oct 03 2024 20:42:00 | Fein Such Kahn & Shepard, 7 Century Dr., Ste 201, Parsippany, NJ 07054-4609 |
| 520264255 | + | Email/Text: accountresearch@goodleap.com | Oct 03 2024 20:42:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520332963 | + | Email/Text: bankruptcyreports@wakeassoc.com | Oct 03 2024 20:43:00 | HMH-SOUTHERN OCEAN MEDICAL CENTER, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 520264257 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2024 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520264249 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2024 21:03:53 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520264258 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 03 2024 20:41:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520337264 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2024 21:03:53 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520264262 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2024 21:03:51 | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520264259 | + | Email/Text: Documentfiling@lciinc.com | Oct 03 2024 20:41:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 520264260 | ^ | MEBN | Oct 03 2024 20:42:41 | Loan Depot, PO Box 77404, Trenton, NJ 08628-6404 |
| 520264261 | + | Email/Text: bknotification@loandepot.com | Oct 03 2024 20:43:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 520264263 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2024 21:03:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520264264 | | Email/Text: camanagement@mtb.com | Oct 03 2024 20:42:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520264266 | | Email/Text: OperationsServices@nassaufinancial.org | Oct 03 2024 20:41:00 | Nassau Financial Fcu, Po Box 9006, Westbury, NY 11590 |
| 520264267 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Oct 03 2024 20:42:00 | NJ Housing and Mortgage Finance Agency, 637 S. Clinton Avenue, P.O. Bos 18550, Trenton, NJ 08650-2085 |
| 520264268 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2024 20:41:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520264269 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2024 20:41:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520328149 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2024 20:43:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520264270 | ^ | MEBN | | |

Case 24-15091-CMG    Doc 38    Filed 10/05/24    Entered 10/06/24 00:16:00    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: plncf13 | Total Noticed: 59 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 03 2024 20:43:38 | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520334863 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 03 2024 20:42:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520264272 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 03 2024 20:42:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520264271 | ^ | MEBN | Oct 03 2024 20:39:42 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 520264273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2024 21:16:27 | Syncb/Pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264274 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2024 21:03:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2024 21:03:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264276 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2024 21:03:28 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520336629 | | Email/Text: bncmail@w-legal.com | Oct 03 2024 20:42:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520264277 | + | Email/Text: bncmail@w-legal.com | Oct 03 2024 20:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520268516 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 03 2024 21:03:27 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520264281 | | Email/Text: bankruptcy@usalliance.org | Oct 03 2024 20:42:00 | Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 520294279 | | Email/Text: bankruptcy@usalliance.org | Oct 03 2024 20:42:00 | Usalliance Federal Cr, 600 Midland Avenue, Rye, NY 10580 |
| 520354977 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 03 2024 20:41:00 | Wakefield and Associates, LLC, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 520326149 | + | Email/Text: bknotification@loandepot.com | Oct 03 2024 20:42:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520294280 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3  User: admin  Page 4 of 4
Date Rcvd: Oct 03, 2024  Form ID: plncf13  Total Noticed: 59
Date: Oct 05, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor John T Bellomo jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Peter Adel Lawrence, I | on behalf of Creditor United States Federal Credit Union bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5