| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-15091 / CMG**

John T Bellomo

Petition Filed Date: 05/20/2024
341 Hearing Date: 06/20/2024
Confirmation Date: 10/02/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | $1,200.00 | | 07/10/2024 | $1,200.00 | | 08/27/2024 | $1,200.00 | |
| 09/25/2024 | $1,200.00 | | 10/23/2024 | $1,200.00 | | 12/05/2024 | $1,200.00 | |
| 12/26/2024 | $1,200.00 | | | | | | | |

**Total Receipts for the Period: $8,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John T Bellomo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/132 ROCKRIMMON BLVD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021-2023 | Priority Creditors | $20,338.71 | $0.00 | $20,338.71 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2019-2020 | Unsecured Creditors | $63,003.50 | $0.00 | $63,003.50 |
| 4 | ALLY CAPITAL<br>»» 2017 FORD FLEX UTILITY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | BARNEGAT TOWNSHIP | Secured Creditors | $1,058.27 | $110.65 | $947.62 |
| 6 | LOANDEPOT.COM LLC<br>»» P/132 ROCKRIMMON BLVD/1ST MTG | Mortgage Arrears | $2,111.78 | $220.80 | $1,890.98 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOANPAL/SOLAR PANELS | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 8 | HMH-SOUTHERN OCEAN MEDICAL CENTER | Unsecured Creditors | $250.00 | $0.00 | $250.00 |
| 9 | NJ DIVISION OF TAXATION<br>»» 2019 | Secured Creditors | $3,421.89 | $357.78 | $3,064.11 |
| 10 | NJ DIVISION OF TAXATION<br>»» 2019, 2021 | Unsecured Creditors | $2,056.61 | $0.00 | $2,056.61 |
| 11 | TD BANK USA NA | Unsecured Creditors | $148.67 | $0.00 | $148.67 |
| 12 | LVNV FUNDING LLC<br>»» JUDGMENT #L-001126-21/AVOID LIEN | Unsecured Creditors | $47,600.00 | $0.00 | $47,600.00 |
| 13 | UNITED STATES SENATE FEDERAL CREDIT UNIC<br>»» P/132 ROCKRIMMON BLVD/3RD MTG | Mortgage Arrears | $26,807.11 | $2,802.79 | $24,004.32 |

**Chapter 13 Case No. 24-15091 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DISCOVER FINANCIAL<br>»» AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | Upstart/Velocity Investments<br>»» AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,400.00 | Plan Balance: | $63,600.00 ** |
| Paid to Claims: | $5,682.02 | Current Monthly Payment: | $1,200.00 |
| Paid to Trustee: | $521.98 | Arrearages: | $1,200.00 |
| Funds on Hand: | $2,196.00 | Total Plan Base: | $72,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**