Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| John T Bellomo, | Case No. 24-15091-CMG |
| Debtor. | Hearing Date: September 3, 2025 at 9:00 a.m. |
| | Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

ORDERED

DATED: September 3, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | John T Bellomo |
| Case No.: | 24-15091-CMG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Ally Capital ("Movant"), and John T Bellomo ("Debtor") having filed opposition thereto, with respect to the property known as 2017 Ford Flex Utility 4D SEL AWD 3.5L V6, VIN:2FMHK6C81HBA06882 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent eleven (11) post-petition payments due October 22, 2024 through August 22, 2025, each payment in the amount of $374.76, for a total delinquency of $4,122.36.

2. Debtor shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include remaining delinquency in the amount of $4,122.36.

3. Debtor shall resume post-petition payments to be paid timely and in full with the September 22, 2025 payment.

4. In the event that the Debtor do not comply with any of the above the requirements, Movant may submit an order providing relief from the automatic stay without further application to the Court.

5. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Collateral.

Page 3

Debtor: John T Bellomo
Case No.: 24-15091-CMG
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

6. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | Sadek & Cooper |
| Attorney for the Secured Creditor | Attorney for the Debtor |

By: /s/ Laura Egerman
  Laura Egerman

By: /s/ Jeanie D. Wiesner, Esq.
  Jeanie D. Wiesner

Date: 08/29/2025

Date: 8/27/2025