Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| John T Bellomo, | Case No. 24-15091-CMG |
| | Hearing Date: September 3, 2025 at 9:00 a.m. |
| Debtor. | Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

ORDERED

**DATED: September 3, 2025**

*Honorable Christine M. Gravelle, Chief Judge*
United States Bankruptcy Judge

Page 2

Debtor:              John T Bellomo
Case No.:            24-15091-CMG
Caption of Order:    **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Ally Capital ("Movant"), and John T Bellomo ("Debtor") having filed opposition thereto, with respect to the property known as 2017 Ford Flex Utility 4D SEL AWD 3.5L V6, VIN:2FMHK6C81HBA06882 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent eleven (11) post-petition payments due October 22, 2024 through August 22, 2025, each payment in the amount of $374.76, for a total delinquency of $4,122.36.

2. Debtor shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include remaining delinquency in the amount of $4,122.36.

3. Debtor shall resume post-petition payments to be paid timely and in full with the September 22, 2025 payment.

4. In the event that the Debtor do not comply with any of the above the requirements, Movant may submit an order providing relief from the automatic stay without further application to the Court.

5. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Collateral.

Page 3

Debtor: John T Bellomo
Case No.: 24-15091-CMG
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

6. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | Sadek & Cooper |
| Attorney for the Secured Creditor | Attorney for the Debtor |

By: /s/ Laura Egerman
    Laura Egerman

By: /s/ Jeanie D. Wiesner, Esq.
    Jeanie D. Wiesner

Date: 08/29/2025

Date: 8/27/2025

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15091-CMG |
| John T Bellomo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John T Bellomo, 132 Rockrimmon Blvd, Barnegat, NJ 08005-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025                          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor John T Bellomo jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Peter Adel Lawrence, I | on behalf of Creditor United States Federal Credit Union plawrence244@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6