Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−15091−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John T Bellomo
   132 Rockrimmon Blvd
   Barnegat, NJ 08005−1727

Social Security No.:
   xxx−xx−7754

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 3, 2024.

   On October 9, 2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                  November 26, 2025
Time:                 10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 14, 2025
JAN: mrg

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 24-15091-CMG
John T Bellomo                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Oct 14, 2025      Form ID: 185      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John T Bellomo, 132 Rockrimmon Blvd, Barnegat, NJ 08005-1727 |
| 520307657 | + | Barnegat Township, 900 West Bay Ave, Barnegat NJ 08005-1298 |
| 520354976 | | HMH-Southern Ocean Medical Center, 1140 NJ-72, Manahawkin, NJ 08050 |
| 520264256 | + | HUD, 100 East Penn Square, Philadelphia, PA 19107-3323 |
| 520294278 | # | KML Law Group, 1719 State Rt 10, Suite 207, Parsippany NJ 07054-4539 |
| 520294281 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 520264278 | + | Township of Barnegat, Tax & Utilities Billing Department, 900 West Bay Avenue, Barnegat, NJ 08005-1297 |
| 520264279 | + | United States Senate F, Pob 77920, Washington, DC 20510-0001 |
| 520343698 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 520264280 | + | Upstart/Velocity Investments, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2025 23:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2025 23:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520264243 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 14 2025 23:44:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520269164 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 14 2025 23:44:09 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520294923 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 14 2025 23:44:09 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520264244 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2025 23:34:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520264245 | + | Email/PDF: bncnotices@becket-lee.com | Oct 14 2025 23:44:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520264246 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 14 2025 23:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520264248 | | Email/Text: correspondence@credit-control.com | Oct 14 2025 23:34:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520264247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2025 23:44:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520264249 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Oct 14 2025 23:44:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520264250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2025 23:45:12 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264251 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2025 23:44:27 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264252 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2025 23:44:53 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264253 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2025 23:44:52 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520264265 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2025 23:45:10 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520264254 | + | Email/Text: mrdiscen@discover.com | Oct 14 2025 23:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520294277 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Oct 14 2025 23:34:00 | Fein Such Kahn & Shepard, 7 Century Dr., Ste 201, Parsippany, NJ 07054-4609 |
| 520264255 | + | Email/Text: accountresearch@goodleap.com | Oct 14 2025 23:34:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520332963 | + | Email/Text: bankruptcyreports@wakeassoc.com | Oct 14 2025 23:35:00 | HMH-SOUTHERN OCEAN MEDICAL CENTER, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 520264257 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2025 23:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520264258 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2025 23:44:27 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520337264 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 23:44:17 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520264262 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 23:44:19 | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520264259 | + | Email/Text: Documentfiling@lciinc.com | Oct 14 2025 23:34:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 520264260 | ^ | MEBN | Oct 14 2025 23:30:14 | Loan Depot, PO Box 77404, Trenton, NJ 08628-6404 |
| 520264261 | + | Email/Text: bknotification@loandepot.com | Oct 14 2025 23:35:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 520264263 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 23:44:15 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520264264 | | Email/Text: camanagement@mtb.com | Oct 14 2025 23:34:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520264266 | | Email/Text: OperationsServices@nassaufinancial.org | Oct 14 2025 23:33:00 | Nassau Financial Fcu, Po Box 9006, Westbury, NY 11590 |
| 520264267 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Oct 14 2025 23:34:00 | NJ Housing and Mortgage Finance Agency, 637 S. Clinton Avenue, P.O. Bos 18550, Trenton, NJ 08650-2085 |
| 520264268 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2025 23:34:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520264269 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2025 23:34:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520328149 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: 185 | Total Noticed: 59 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 14 2025 23:34:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520264270 | ^ MEBN | Oct 14 2025 23:31:02 | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520334863 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 14 2025 23:34:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520264272 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 14 2025 23:34:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520264271 | ^ MEBN | Oct 14 2025 23:30:46 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 520264273 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2025 23:44:45 | Syncb/Pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264274 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2025 23:45:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264275 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2025 23:44:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264276 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2025 23:44:44 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520336629 | Email/Text: bncmail@w-legal.com | Oct 14 2025 23:34:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520264277 | + Email/Text: bncmail@w-legal.com | Oct 14 2025 23:34:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520268516 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 14 2025 23:44:52 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520264281 | Email/Text: bankruptcy@usalliance.org | Oct 14 2025 23:34:00 | Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 520294279 | Email/Text: bankruptcy@usalliance.org | Oct 14 2025 23:34:00 | Usalliance Federal Cr, 600 Midland Avenue, Rye, NY 10580 |
| 520354977 | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 14 2025 23:34:00 | Wakefield and Associates, LLC, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 520326149 | + Email/Text: bknotification@loandepot.com | Oct 14 2025 23:34:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520294280 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 24-15091-CMG    Doc 52    Filed 10/16/25    Entered 10/17/25 00:37:05    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: 185 | Total Noticed: 59 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2025         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor John T Bellomo jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Peter Adel Lawrence, I | on behalf of Creditor United States Federal Credit Union plawrence244@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6