Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−15091−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John T Bellomo
    132 Rockrimmon Blvd
    Barnegat, NJ 08005−1727

Social Security No.:
    xxx−xx−7754

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

      NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 3, 2025.

Dated: December 3, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

John T Bellomo

Debtor

Case No. 24-15091-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: plncf13 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John T Bellomo, 132 Rockrimmon Blvd, Barnegat, NJ 08005-1727 |
| 520307657 | + | Barnegat Township, 900 West Bay Ave, Barnegat NJ 08005-1298 |
| 520354976 | | HMH-Southern Ocean Medical Center, 1140 NJ-72, Manahawkin, NJ 08050 |
| 520264256 | + | HUD, 100 East Penn Square, Philadelphia, PA 19107-3323 |
| 520294278 | # | KML Law Group, 1719 State Rt 10, Suite 207, Parsippany NJ 07054-4539 |
| 520294281 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 520264278 | + | Township of Barnegat, Tax & Utilities Billing Department, 900 West Bay Avenue, Barnegat, NJ 08005-1297 |
| 520264279 | + | United States Senate F, Pob 77920, Washington, DC 20510-0001 |
| 520343698 | + | United States Senate Federal Credit Union, 1310 Braddock Place, Alexandria, VA 22314-1648 |
| 520264280 | + | Upstart/Velocity Investments, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520264243 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 03 2025 21:08:28 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520269164 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 03 2025 20:57:07 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520294923 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 03 2025 21:08:13 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520264244 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 03 2025 20:48:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520264245 | + | Email/PDF: bncnotices@becket-lee.com | Dec 03 2025 21:18:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520264246 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 03 2025 20:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520264248 | | Email/Text: correspondence@credit-control.com | Dec 03 2025 20:48:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520264247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 21:08:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520264249 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0312-3                              User: admin                                                     Page 2 of 4
Date Rcvd: Dec 03, 2025                           Form ID: plncf13                                        Total Noticed: 59

| | | | |
|---|---|---|---|
| | | Dec 03 2025 20:57:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520264250 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 03 2025 21:18:49 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264251 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 03 2025 20:57:07 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264252 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 03 2025 21:08:09 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520264253 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 03 2025 21:08:17 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520264265 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 03 2025 20:57:03 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520264254 | + Email/Text: mrdiscen@discover.com | | |
| | | Dec 03 2025 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520294277 | + Email/Text: ecourts.col_efilings@fskslaw.com | | |
| | | Dec 03 2025 20:48:00 | Fein Such Kahn & Shepard, 7 Century Dr., Ste 201, Parsippany, NJ 07054-4609 |
| 520264255 | + Email/Text: accountresearch@goodleap.com | | |
| | | Dec 03 2025 20:48:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520332963 | + Email/Text: bankruptcyreports@wakeassoc.com | | |
| | | Dec 03 2025 20:49:00 | HMH-SOUTHERN OCEAN MEDICAL CENTER, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 520264257 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Dec 03 2025 20:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520264258 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 03 2025 21:08:20 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520337264 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 03 2025 20:57:35 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520264262 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 03 2025 21:08:08 | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520264259 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Dec 03 2025 20:48:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 520264260 | ^ MEBN | | |
| | | Dec 03 2025 20:47:35 | Loan Depot, PO Box 77404, Trenton, NJ 08628-6404 |
| 520264261 | + Email/Text: bknotification@loandepot.com | | |
| | | Dec 03 2025 20:49:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 520264263 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 03 2025 21:08:08 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520264264 | Email/Text: camanagement@mtb.com | | |
| | | Dec 03 2025 20:48:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520264266 | Email/Text: OperationsServices@nassaufinancial.org | | |
| | | Dec 03 2025 20:48:00 | Nassau Financial Fcu, Po Box 9006, Westbury, NY 11590 |
| 520264267 | + Email/Text: USBankruptcyCourtnotices@njhmfa.gov | | |
| | | Dec 03 2025 20:48:00 | NJ Housing and Mortgage Finance Agency, 637 S. Clinton Avenue, P.O. Bos 18550, Trenton, NJ 08650-2085 |
| 520264268 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 03 2025 20:48:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520264269 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 03 2025 20:48:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520328149 | Email/Text: bnc-quantum@quantum3group.com | | |

District/off: 0312-3          User: admin          Page 3 of 4

Date Rcvd: Dec 03, 2025          Form ID: plncf13          Total Noticed: 59

| | | | |
|---|---|---|---|
| | | Dec 03 2025 20:49:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520264270 | ^ MEBN | | |
| | | Dec 03 2025 20:48:29 | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520334863 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Dec 03 2025 20:48:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520264272 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Dec 03 2025 20:48:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520264271 | ^ MEBN | | |
| | | Dec 03 2025 20:48:15 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 520264273 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 03 2025 20:56:49 | Syncb/Pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264274 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 03 2025 20:57:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264275 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 03 2025 20:57:22 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520264276 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 03 2025 20:56:58 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520336629 | Email/Text: bncmail@w-legal.com | | |
| | | Dec 03 2025 20:48:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520264277 | + Email/Text: bncmail@w-legal.com | | |
| | | Dec 03 2025 20:48:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520268516 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Dec 03 2025 20:57:11 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520264281 | Email/Text: bankruptcy@usalliance.org | | |
| | | Dec 03 2025 20:48:00 | Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 520294279 | Email/Text: bankruptcy@usalliance.org | | |
| | | Dec 03 2025 20:48:00 | Usalliance Federal Cr, 600 Midland Avenue, Rye, NY 10580 |
| 520354977 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
| | | Dec 03 2025 20:48:00 | Wakefield and Associates, LLC, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 520326149 | + Email/Text: bknotification@loandepot.com | | |
| | | Dec 03 2025 20:48:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520294280 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 03, 2025 | Form ID: plncf13 | Total Noticed: 59

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor John T Bellomo jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Peter Adel Lawrence, I | on behalf of Creditor United States Federal Credit Union plawrence244@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6