| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-15091 / CMG**

John T Bellomo

Petition Filed Date: 05/20/2024
341 Hearing Date: 06/20/2024
Confirmation Date: 10/02/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2025 | $1,200.00 | | 02/27/2025 | $1,200.00 | | 03/26/2025 | $1,200.00 | |
| 04/08/2025 | $1,200.00 | | 05/27/2025 | $1,200.00 | | 06/27/2025 | $1,200.00 | |
| 07/23/2025 | $1,200.00 | | 08/25/2025 | $1,200.00 | | 09/17/2025 | $1,200.00 | |
| 10/14/2025 | $1,338.00 | | 11/14/2025 | $1,338.00 | | 12/29/2025 | $1,338.00 | |
| 01/15/2026 | $1,338.00 | | | | | | | |

**Total Receipts for the Period: $16,152.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $24,552.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John T Bellomo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq. <br>»» ATTY DISCLOSURE | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD <br>»» P/132 ROCKRIMMON BLVD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE <br>»» 2021-2023 TAX PERIODS | Priority Crediors | $20,338.71 | $0.00 | $20,338.71 |
| 3 | INTERNAL REVENUE SERVICE <br>»» 2019-2020 TAX PERIODS & PENALTIES | Unsecured Creditors | $63,003.50 | $0.00 | $63,003.50 |
| 4 | ALLY CAPITAL <br>»» 2017 FORD FLEX UTILITY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | BARNEGAT TOWNSHIP <br>»» 132 ROCKRIMMON BLVD/WATER & SEWER | Secured Creditors | $1,058.27 | $561.14 | $497.13 |
| 6 | LOANDEPOT.COM LLC <br>»» 132 ROCKRIMMON BLVD/1ST MTG/LOAN MOD ORDER 3/27/25 | Mortgage Arrears <br>No Disbursements: Paid to Date | $429.08 | $429.08 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR <br>»» LOANPAL/SOLAR PANELS | Secured Creditors <br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 8 | HMH-SOUTHERN OCEAN MEDICAL CENTER <br>»» SERVICES RENDERED | Unsecured Creditors | $250.00 | $0.00 | $250.00 |
| 9 | NJ DIVISION OF TAXATION <br>»» TGI-EE 2019 | Secured Creditors | $3,421.89 | $1,814.43 | $1,607.46 |
| 10 | NJ DIVISION OF TAXATION <br>»» TGI-EE 2019 RF/ COSTS 9/2021 | Unsecured Creditors | $2,056.61 | $0.00 | $2,056.61 |

**Chapter 13 Case No. 24-15091 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 11 | TD BANK USA NA | Unsecured Creditors | $148.67 | $0.00 | $148.67 |
| 12 | LVNV FUNDING LLC<br>»» SOFI LENDING/L-001126-21/AVOID LIEN | Unsecured Creditors | $47,600.00 | $0.00 | $47,600.00 |
| 13 | UNITED STATES SENATE FEDERAL CREDIT UNIC<br>»» P/132 ROCKRIMMON BLVD/3RD MTG | Mortgage Arrears | $26,807.11 | $14,214.20 | $12,592.91 |
| 14 | DISCOVER FINANCIAL<br>»» DC-002018-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | Upstart/Velocity Investments<br>»» L-002017-22/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | ALLY CAPITAL<br>»» 2017 FORD FLEX/PP ARREARS ORDER 9/3/25 | Debt Secured by Vehicle | $4,122.36 | $819.15 | $3,303.21 |
| 17 | ALLY CAPITAL<br>»» 2017 FORD FLEX/ATTY FEES ORDER 9/3/25 | Debt Secured by Vehicle | $649.00 | $649.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»» ORDER 10/17/25 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,552.00 | Plan Balance: | $53,520.00 ** |
| Paid to Claims: | $21,477.00 | Current Monthly Payment: | $1,338.00 |
| Paid to Trustee: | $1,836.01 | Arrearages: | $1,338.00 |
| Funds on Hand: | $1,238.99 | Total Plan Base: | $78,072.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**