UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for  loanDepot.com, LLC

In Re:

  John T Bellomo

                    Debtor(s)

Case No.:      24-15091 CMG

Chapter:      13

Hearing Date:   N/A

Judge:      Christine M. Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☐ Settled X Withdrawn

Matter: Notice of Mortgage Payment Change filed 04/07/2025

Date: March 18, 2026

                    /s/ Matthew Fissel
                    Signature

*rev. 8/1/15*

**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Matthew Fissel
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor:
loanDepot.com, LLC

| | |
|---|---|
| In Re:<br>John T Bellomo<br>        Debtor | Case No:     24-15091 CMG<br><br>Chapter:     13<br><br>Judge:     Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Patricia Rychards:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Matthew Fissel, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 03/19/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   • Status Change Form

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 03/19/2026                    */s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| John T Bellomo<br>132 Rockrimmon Blvd<br>Barnegat, NJ 08005 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jeanie D. Wiesner<br>Sadek & Cooper<br>1315 Walnut Street, Ste 502<br>Philadelphia, PA 19107 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |