**Rob Saltzman, Esquire**
**PLUESE, BECKER, SALTZMAN & THOMAS, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 118961B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **In re:** | : | **CASE NO.  24-15091-CMG** |
|  | : | **CHAPTER   13** |
| **John T Bellomo** | : | **ENTRY OF APPEARANCE AND** |
|  |  | **REQUEST FOR SERVICE** |
| **Debtor** | : | **OF NOTICES, PLEADINGS, ETC.** |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of GNBE Asset Trust, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER, SALTZMAN & THOMAS, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

Wilmington Savings Fund Society, FSB, not in its
individual capacity but solely as owner trustee of
GNBE Asset Trust
c/o Rushmore Servicing
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Wilmington Savings Fund Society, FSB, not in its
individual capacity but solely as owner trustee of
GNBE Asset Trust

DATED:  May 29, 2026