B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: John T Bellomo Case No. 24-15091-CMG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB
not in its individual capacity
but solely as owner trustee of GNBE Asset Trust

Name of Transferee

loanDepot.com, LLC

Name of Transferor

Name and Address where notices to transferee should be sent:

Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 8658

Court Claim # (if known): 5-1

Amount of Claim: $ 341,666.66

Date Claim Filed: 07/10/2024

Phone: 1-866-258-6572
Last Four Digits of Acct. #: 5234

Name and Address where transferee payments should be sent (if different from above):

Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

Phone : 877-888-4623
Last Four Digits of Acct #: 8658

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rob Saltzman
Transferee/Transferee's Agent

Date: June 4, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**05/22/2026**

[redacted]

Rushmore Servicing
PO Box 619097
Dallas, TX 75261

**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

**YOUR INFO**
**DEBTOR(S)**
JOHN BELLOMO
**CASE NUMBER**
2415091
**LOAN NUMBER**
[redacted]

**PROPERTY ADDRESS**
132 ROCKRIMMON BLVD
BARNEGAT, NJ 08005

JOHN BELLOMO
132 ROCKRIMMON BLVD
BARNEGAT, NJ 08005

Hi JOHN BELLOMO:

Rushmore Servicing records indicate you recently filed for bankruptcy. This letter is for informational purposes only and provides important information for you while your loan is being serviced during the bankruptcy.

If you intend to retain the property and have an interest in discussing loss mitigation opportunities, please contact one of our Dedicated Loan Specialists at 877-888-4623. Our hours of operation are Monday through Friday from 8 a.m. to 7 p.m. (CT).

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union® Quick Collect® or Money Gram® Expresss Payment®. If you are mailing your payment, please send to the following address and include your loan number:

Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

**Overnight Delivery:**
Rushmore Servicing
Attn: Payment Processing – 650783
3000 Kellway Drive, Suite 120
Carrollton, TX 75006

Payments sent via Western Union should reference the following information:

Code City: RUSHMORESERVICING
Code State: TX

Payments sent via Money Gram should utilize reference code: ***19225***

**If your bankruptcy plan requires you to make post petition mortgage payments directly to the bankruptcy trustee, please send the payments pursuant to the bankruptcy plan and not to the address above.**

All other correspondence should be sent to:

Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rushmore Servicing™

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.rushmoreservicing.com.

If your account was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for your monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing. We do not permit loans serviced by the bankruptcy department to be setup on a monthly electronic payment transfer. You may send a payment via Western Union monthly; however, when the information from Western Union is received it must not be listed as a reoccurring payment.

If you have any questions, your Dedicated Loan Specialist is Caimon Rodriguez and can be reached at (877)-888-4623 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Friday from 8 a.m. to 7 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Sincerely,

Rushmore Servicing

# Servicemembers Civil Relief Act Notice Disclosure

**U.S. Department of Housing and Urban Development**
Office of Housing - Federal Housing Commissioner

OMB Approval No. **2502-0584**
(Expires 03/31/2028)

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Air Force, Army, Coast Guard, Marine Corps, Navy, and Space Force).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. Rushmore Servicing, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at: https://legalassistance.law.af.mil/
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>ROB SALTZMAN, ESQUIRE<br>PLUESE, BECKER, SALTZMAN & THOMAS, LLC<br>Attorneys at Law<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054<br>(856) 813-1700<br>Attorneys for the Mortgagee | Case No.: 24-15091-CMG<br><br>Chapter: 13 |
| In Re:<br><br>John T Bellomo | Adv. No.: ____<br><br>Hearing Date: ____<br><br>Judge: Christine M. Gravelle |

**CERTIFICATION OF SERVICE**

1. I, Debra Callahan :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Rob Saltzman, who represents the Mortgagee in this matter.

☐ am the ____________ in this case and am representing myself.

2. On June 4, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Transfer of Claim
Welcome Letter
Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 4, 2026

/s/ Debra Callahan
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeanie D. Wiesner, Esquire<br>Sadek & Cooper<br>1500 JFK Blvd<br>Ste 220<br>Philadelphia, PA 19102 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John T Bellomo<br>132 Rockrimmon Blvd<br>Barnegat, NJ 08005-1727 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |